1036

[No. 3204-2. Division Two. March 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
THOMAS KELLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 9653, John N. Skimas, J., entered September
1, 1977. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Pearson, C.J., and Petrie, J.

[No. 2571-3. Division Three. March 20, 1979.]

JEAN MARTIN SWENSON, ET AL, *Appellants,* v. MARVIN
HOLLENBECK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Asotin
County, No. 13592, Patrick McCabe, J., entered September
21, 1977. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Green, C.J., and Roe, J.

[No. 2539-3. Division Three. March 20, 1979.]

THE CITY OF SPOKANE, *Respondent,* v. THE DEPART-
MENT OF LABOR AND INDUSTRIES, *Defendant,*
ROBERT A. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 237107, Donald N. Olson, J., entered
August 9, 1977. *Affirmed* by unpublished opinion per Roe,
J., concurred in by McInturff, J., Munson J., dissenting.

[No. 2532-3. Division Three. March 22, 1979.]

WALLACE CONSTRUCTION, INC., *Appellant,* v. ELDON D.
BLUMER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Benton County, No. 32781, Albert J. Yencopal, J., entered
July 21, 1977. *Affirmed in part* and *remanded* by unpub-
lished opinion per Green, C.J., concurred in by McInturff
and Roe, JJ.